**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTRAL PHOTO COMPANY INC,<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>CHARLOTTE RICHARDSON,<br><br>*Defendant/Counter-Plaintiff,*<br><br>v.<br><br>DC GROUP PHOTOS LLC,<br><br>*Defendant,*<br><br>v.<br><br>MADELEINE IVEY,<br><br>*Counter-Defendant.* | Civil Action No. 25-03426 (AHA) |

**MOTION FOR LEAVE TO WITHDRAWAL**
**AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO**

Counsel Timothy D. Intelisano, pursuant to Local Civil Rule 83.6, respectfully requests leave of Court to withdraw as counsel for Plaintiff Central Photo Company, Inc. and Counter-Defendant Madeline Ivey

In support of this Motion, Mr. Intelisano states as follows:

1. Mr. Intelisano made his appearance in this matter on June 23, 2026 (ECF No. 42)

2. Mr. Intelisano will no longer be employed by the law firm of Saul Ewing LLP effective August 31, 2026.

3. Gary B. Eidelman, Kayla M. Kienzle and the law firm of Saul Ewing LLP will continue to represent Plaintiff Central Photo Company, Inc. and Counter-Defendant Madeline Ivey.

WHEREFORE, Timothy D. Intelisano respectfully requests that this Court grant him leave to withdraw as counsel for Plaintiff Central Photo Company, Inc. and Counter-Defendant Madeline Ivey.

Submitted this 31st day of August, 2026.

/s/*Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 9003324)
Saul Ewing LLP
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
(202) 295-6615 – Telephone
(202) 337-6065 - Telefax
timothy.intelisano@saul.com

Kayla M. Kienzle (MN #0399975)
(admitted *pro hac vice*)
90 South 7th Street, Suite 3900
Minneapolis, MN 55402
Telephone: (612) 225-2791
Telefax: (612) 677-3844
kayla.kienzle@saul.com

Gary B. Eidelman (D.C. #416217)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8975
Telefax: (410) 332-8862
gary.eidelman@saul.com

*Attorneys for Plaintiff Central Photo Company, Inc. and Counter-Defendant Madeline Ivey*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of August 2026, I have electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

/s/ *Timothy D. Intelisano*
Timothy D. Intelisano

*Defendants Plaintiff Central Photo Company, Inc. and Counter-Defendant Madeline Ivey*

**COPIES TO:**

| | |
|---|---|
| Gary Eidelman | gary.eidelman@saul.com |
| Kayla Kienzle | kayla.kienzle@saul.com |
| Lisa Sandoval | lisa@atkinsonlg.com |
| Katherine Atkinson | katherine@atkinsonlg.com |
| Juliana Lord | juliana@atkinsonlg.com |